PD-0730-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/14/2015 10:28:26 AM
Accepted 12/14/2015 10:31:13 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

December 14, 2015

ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| DALLAS CARL TATE, Appellant | § § § | |
| vs. | § § | NO. PD-0730-15 |
| THE STATE OF TEXAS, Appellee | § § § | |

## MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW DALLAS CARL TATE, Appellant, by and through counsel on appeal, Lynn Switzer, and files this motion for an extension of 30 days in which to prepare and file Appellant's Brief. In support of this motion the Appellant would show the following:

1.  The Appellant's Brief in this cause is due to be filed in the Court of Criminal Appeals on or before December 14, 2015.

2.  This is the Appellant's first request for an extension of time to file the Appellant's brief.

3.  The Appellant hereby requests an extension of thirty (30) days, until January 14, 2016, to file the Appellant's Brief as Attorney for appellant has not had sufficient time to prepare Appellant's brief on or before December 14, 2015.

4.  Undersigned counsel has not had sufficient time to prepare Appellant's Brief due to an extensive family and criminal practice that requires personal appearances in several courts in several counties.

5. This motion is not filed for purposes of delay, but so that there will be sufficient time to effectively prepare Appellant's Brief.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until January 14, 2016.

Respectfully submitted,
Switzer | Oney Attorneys at Law, PLLC

Lynn Switzer
P.O. Box 2040
Gainesville, Texas 76241
(940) 665-6300
Fax: (940) 665-6301
State Bar No. 24002213

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of

Time to File Appellant's Brief was served on the following via electronic filing or email

on December 14, 2015:

John R. Messinger
Assistate State Prosecuting Attorney
P.O. Box 13046 Austin, Texas 78711
information@spa.texas.gov

Zachary Renfro
Special Prosecutor
304 Clay St.
Nocona, Texas 76255
renfrolawoffice@gmail.com

Paige Williams
District Attorney
P.O. Box 55
Montague, Texas 76251
paige.williams@co.montague.tx.us

Lynn Switzer